UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RBC CAPITAL MARKETS, LLC,<br><br>　　　　　Petitioner,<br><br>　　　-v-<br><br>BRIAN WURDEMANN,<br><br>　　　　　Respondent. | 23-cv-2031 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　This is a petition to confirm arbitration. On July 27, 2022, petitioner RBC Capital Markets, LLC ("RBC") filed a claim under the FINRA Code of Arbitration Procedure seeking a judgment against respondent Brian Wurdemann. On January 19, 2023, an arbitrator awarded RBC: (1) $1,488,650.12, plus interest at the rate of 0.58% per annum from April 20, 2022, through and including the date the award is paid in full; (2) $7,500.00 in attorneys' fees; and (3) $2,450.00 to reimburse the non-refundable portion of a filing fee and other costs (together, the "Award"). See Petition, ECF No. 1, ¶ 20.

　　At a conference with the Court held on April 27, 2023, respondent Brian Wurdemann, appearing pro se, indicated that he had no legal objection to the Award. See Transcript, 4/27/2023. Additionally, on its own review of the Petition, the Court finds no grounds to set aside the Award. Accordingly, the Court hereby confirms the Award pursuant to section 9 of the Federal Arbitration Act. See 9 U.S.C. § 9.

　　The Clerk is respectfully directed to close the case.

SO ORDERED.

New York, NY
April 27, 2023

_____
JED S. RAKOFF, U.S.D.J.