**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RBC CAPITAL MARKETS, LLC,

                Petitioner,                    23 **CIVIL** 2031 (JSR)

     -against-                       **JUDGMENT**

BRIAN WURDEMANN,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 28, 2023, the Award is confirmed pursuant to section 9 of the Federal Arbitration Act. See 9 U.S.C. § 9. RBC is awarded: (1) $1,488,650.12, plus interest at the rate of 0.58% per annum from April 20, 2022, through and including the date the award is paid in full; (2) $7,500.00 in attorneys' fees; and (3) $2,450.00 to reimburse the non-refundable portion of a filing fee and other costs; accordingly, the case is closed.

**Dated**: New York, New York
          April 28, 2023

                                                          **RUBY J. KRAJICK**
                                                         _____
                                                                **Clerk of Court**
                                      **BY:**
                                                          _____
                                                                **Deputy Clerk**